## OPINIONS PER CURIAM.

BOARD OF COUNTY COMMISSIONERS OF GARFIELD COUNTY v. CHARLES V. PORTER *et al.*

(Filed September 5, 1907.)

(92 Pac. 153.)

*Error from the District Court of Garfield County; before James K. Beauchamp, Trial Judge.*

Dismissed on authority of No. 1,996, as per stipulation of parties.

*Daniel Huett, Co. Att'y,* for plaintiff in error.

*R. L. Denton,* for defendant in error.

PER CURIAM: This cause involves the same question of law presented in cause No. 1,996, between the same parties, decided at this term (reported in this volume and in 92 Pac. 152). The record is in the same condition, and the same order must be entered.

It is ordered that the appeal be dismissed at the costs of the plaintiff in error.